UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
) CR 4:16-cr-258
v. )
)
BRANDY ROSS )
)

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the Government's Motion to Dismiss the Indictment in the above captioned case with respect to Defendant Brandy Ross is granted, and Counts Two, Three, and Four against Defendant Brandy Ross are hereby dismissed without prejudice.

SO ORDERED, this 14th day of October, 2016.

HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA